**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SUSAN VALENTINA CHACIN-LUZARDO #A220-478-552** | **CASE NO.  3:26-CV-01252 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARKWAYNE MULLIN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MEMORANDUM ORDER**

Considering the Emergency Motion for Temporary Restraining Order [Doc. No. 8] filed by *pro se* Petitioner, Susan Valentina Chacin-Luzardo,

**IT IS ORDERED** that the Motion is **DENIED** for the reasons stated in the Court's prior memorandum order [Doc. No. 5].[1]

MONROE, LOUISIANA, this 28th day of April 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] The Court finds Petitioner's Motion is the exact same motion that was filed before the Court on April 20, 2026. *See* [Doc. No. 2].