**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SUSAN VALENTINA CHACIN-LUZARDO #A220-478-552** | **CASE NO. 3:26-CV-01252 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARKWAYNE MULLIN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 11], no objections thereto having been filed,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that *pro se* Petitioner Susan Valentina Chacin-Luzardo's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED AND DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 21st day of August 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE